**91-412.** In re Charter Hosp. of Cincinnati, Inc. *Franklin County,* Nos. 90AP-960, 90AP-961, 90AP-962 and 90AP-963. On

motion for leave to file *amicus* of Greater Cincinnati Hospital Council. Motion granted.